ROBERT P, MOLINA, ESQ.
Nevada Bar No. 6422
PYATT SILVESTRI
701 E. Bridger Avenue, Suite 600
Las Vegas, Nevada  89101
(702) 383-6000
FAX:  (702) 477-0088
rmolina@pyattsilvestri.com
Attorneys for Third Party Defendant
ASSA ABLOY ENTRANCE SYSTEMS US, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| QUINTNEY MARTIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S FOOD AND DRUG, a foreign corporation;  DOES I through X; and ROE ENTITIES I through X,<br><br>Defendants.<br><br>_____<br><br>SMITH'S FOOD & DRUG CENTERS, INC.<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ASSA ABLOY ENTRANCE SYSTEMS US, INC.; STANLEY ACCESS TECHNOLOGIES, LLC. a Delaware Limited Liability Company; DOES I through X; ROE CORPORATIONS I through XX, inclusive,<br><br>Third-Party Defendants.<br><br>_____<br><br>ALLEGION ACCESS TECHNOLOGIES LLC f/k/a STANLEY ACCESS TECHNOLOGIES LLC, A Delaware Limited Liability Company,<br><br>Counterclaimant, | Case No. 2:22-cv-00833-APG-DJA<br><br>**STIPULATION AND ORDER TO DISMISS THIRD PARTY DEFENDANTS ASSA ABLOY ENTRANCE SYSTEMS US, INC, AND ALLEGION ACCESS TECHNOLOGIES LLC, ALLEGION ACCESS TECHNOLOGIES LLC'S CROSSCLAIM AGAINST ASSA ABLOY ENTRANCE SYSTEMS US, INC., AND ALLEGION ACCESS TECHNOLOGIES LLC'S COUNTERCLAIM AGAINST SMITH'S FOOD & DRUG CENTERS. INC.** |

|   |   |
|---|---|
| 1 | vs. |
| 2 | SMITH'S FOOD & DRUG CENTERS, INC., a foreign corporation, |
| 3 |   |
| 4 | Counterdefendant |
| 5 | ALLEGION ACCESS TECHNOLOGIES LLC f/k/a STANLEY ACCESS TECHNOLOGIES LLC, A Delaware Limited Liability Company, |
| 6 |   |
| 7 |   |
| 8 | Crossclaimant, |
| 9 | vs. |
| 10 | ASSA ABLOY ENTRANCE SYSTEMS US, INC. |
| 11 | Crossdefendant |

COME NOW Defendant/Third-Party Plaintiff SMITH'S FOOD & DRUG CENTERS, INC. ("SMITH'S"), by and through its counsel, Jerry S. Busby, Esq. and Pooja Kumar, Esq. of the law firm Cooper Levenson, P.A., Third-Party Defendant/Crossdefendant ASSA ABLOY ENTRANCE SYSTEMS US, INC. ("ASSA ABLOY"), by and through its counsel Robert P. Molina, Esq., Third Party Defendant/Crossclaimant ALLEGION ACCESS TECHNOLOGIES LLC f/k/a STANLEY ACCESS TECHNOLOGIES, LLC. ("ALLEGION", by and through its counsel, Michael R. Esposito, Esq. of Kravitz, Schnitzer, Johnson & Watson, Chtd., and Plaintiff QUINTNEY MARTIN, by and through his counsel, David A. Tanner, Esq. and Jeffrey C. Gunn, Esq. of Tanner Law Firm, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), hereby request that the Court dismiss without prejudice SMITH'S Third Party Complaint against ASSA ABLOY and ALLEGION, ALLEGION's Crossclaim against ASSA ABLOY, and ALLEGION's Counterclaim against SMITH'S.

The Parties agree that should the Court approve this stipulation and dismiss the referenced crossclaims and counterclaim, each side will bear its own attorney's fees and costs.

2

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 2nd day of February, 2024. | DATED this 2nd day of February, 2024. |
| TANNER LAW FIRM | COOPER LEVENSON, P.A |
| /s/ Jeffrey C. Gunn<br>DAVID A. TANNER, ESQ.<br>Nevada Bar No. 8282<br>JEFFREY C. GUNN, ESQ.<br>Nevada Bar No. 15925<br>7895 West Sunset Road – Suite 115<br>Las Vegas, Nevada 89113<br>Attorneys for Plaintiff<br>QUINTNEY MARTIN | /s/ Pooja Kumar<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 1107<br>POOJA KUMAR, ESQ.<br>Nevada Bar No. 12988<br>3016 West Charleston Boulevard - #195<br>Las Vegas, Nevada 89102<br>Attorneys for Defendant/ Third Party Plaintiff/ Counterdefendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |
| DATED this 2nd day of February, 2024. | DATED this 2nd day of February, 2024. |
| KRAVITZ, SCHNITZER JOHNSON & WATSON, CHTD. | PYATT SILVESTRI |
| /s/ Michael R. Esposito<br>MICHAEL R. ESPOSITO, ESQ.<br>Nevada Bar No. 13482<br>8985 So. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Attorneys for Third Party Defendant/ Crossclaimant/ Counterclaimant<br>ALLEGION ACCESS TECHNOLOGIES LLC f/k/a/ STANLEY ACCESS TECHNOLOGIES LLC | /s/ Robert P. Molina<br>ROBERT P. MOLINA, ESQ.<br>Nevada Bar No. 6422<br>701 Bridger Ave., Suite 600<br>Las Vegas, Nevada 89101<br>Attorneys for Third Party Defendant<br>ASSA ABLOY ENTRANCE SYSTEMS US, INC. |

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest and certify that on February 2, 2024, I received concurrence from Plaintiff's counsel, Jeffrey C. Gunn, Esq., counsel for Defendant/Third Party Plaintiff/Counterdefendant Smith's Food & Drug Centers, Inc., Pooja Kumar, and counsel for Third Party Defendant/Crossclaimant/ Counterclaimant to file this document with his/her electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 2nd day of February, 2024.

/s/ Robert P. Molina
Robert P. Molina NSB #6422

IT IS SO ORDERED:

Dated: February 5, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3