JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| QUINTNEY MARTIN, an individual,<br><br>             Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S FOOD AND DRUG, a foreign corporation;  DOES I through X; and ROE ENTITIES I through X,<br><br>             Defendants. | Case No. 2:22-cv-00833-APG-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS**<br><br>**[FIRST REQUEST]** |

**IT IS HEREBY STIPULATED** by and between Plaintiff QUINTNEY MARTIN (hereinafter "Plaintiff") and Defendant SMITH'S FOOD & DRUG CENTERS, INC. (hereinafter "SMITH'S"), by and through their respective counsel of record, that the deadline for SMITH'S to respond to Plaintiff's Motion for Sanctions (ECF No. 63 (Mar. 1, 2024)) be extended by seven (7) days, as set forth below, to allow the involved Parties to properly address the issues before them.  This is the first such request to extend time pertaining to the Motion for Sanctions.  This Stipulation is entered into and made pursuant to LR IA 6-1 and LR 7-1.

Specifically, counsel for SMITH'S is unavailable and will be out of town, so he will not have the opportunity to address and thereafter timely respond to Plaintiff's subject Motion.  The Parties have agreed that the date to respond be moved one week, to March 22, 2024.

There have been no stipulations or other extensions of time requested in regard to the instant motion practice.  The extension is sought in order to allow the Parties sufficient time to address all issues

NG-C2N3CBX6 4887-2620-3307.1

contained in Plaintiff's Motion.  This request for additional time is sought in a timely manner, as the deadline for SMITH'S to respond to Plaintiff's Motion is on March 15, 2024, and, therefore, has not yet passed.

**IT IS SO STIPULATED.**

DATED this 6th day of March, 2024.
**TANNER LAW FIRM**

/s/ Jeffrey Gunn

DAVID A. TANNER, ESQ.
Nevada Bar No. 008282
JEFFREY C. GUNN, ESQ.
Nevada Bar No. 015925
7895 West Sunset Road, Suite 115
Las Vegas, Nevada 89113
(702) 987-8888
*Attorneys for Plaintiff*
*Quintney Martin*

DATED this 6th day of March, 2024.
**COOPER LEVENSON, P.A.**

/s/ Pooja Kumar

JERRY S. BUSBY, ESQ.
Nevada Bar No. 001107
POOJA KUMAR, ESQ.
Nevada Bar No. 012988
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
*Attorneys for Defendant*
*Smith's Food & Drug Centers, Inc.*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATE:** 3/7/2024

2

NG-C2N3CBX6 4887-2620-3307.1