```
 1  DAVID A. TANNER, Esq.
    Nevada Bar No. 8282
 2  JEFFREY C. GUNN, Esq.
    Nevada Bar No. 15925
 3  TANNER LAW FIRM
    7895 West Sunset Road, Suite 115
 4  Las Vegas, Nevada 89113
 5  Telephone (702) 987-8888
    Facsimile (702) 410-8070
 6  david@tannerlawfirm.com
 7  jeff@tannerlawfirm.com
    Attorneys for Plaintiff
 8
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| QUINTNEY MARTIN, an individual, | CASE NO.: 2:22-cv-00833-APG-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS AND RESPONSE TO DEFENDANT'S COUNTERMOTION FOR SANCTIONS (ECF No. 67)** |
| SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S FOOD AND DRUG, a foreign corporation; DOES I through X; and ROE ENTITIES I through X, | |
| Defendants | |

**STIPULATION AND         ORDER TO EXTEND TIME TO FILE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS AND RESPONSE TO DEFENDANT'S COUNTERMOTION FOR SANCTIONS (ECF No. 67)**

**IT IS HEREBY STIPULATED** by and between Plaintiff QUINTNEY MARTIN (hereinafter "Plaintiff") and Defendant SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S FOOD AND DRUG (hereinafter "SMITH's"), by and through their respective counsel of record, that the deadline for Plaintiff to file his Reply to Defendant, Smith's Response to Plaintiff's Motion for Sanctions (ECF No. 66) and Response to Defendant, Smith's Countermotion for Sanctions (ECF No. 67) be extended by thirty (30) days, as set forth below,

1

to allow the involved Parties to properly address the issues before them. This Stipulation is entered into and made pursuant to LR IA 6-1 and LR 7-1.

Specifically, counsel for Plaintiff will be in a firm Jury Trial in April, so he will not have the opportunity to address and thereafter timely file a Reply to Defendant's Response to Plaintiff's Motion for Sanctions and a response to Defendant's Countermotion for Sanctions.

The extension is sought in order to allow the Parties sufficient time to address all issues contained in both subject Motions. This request for additional time is sought in a timely manner, as the deadline for Plaintiff to file his Reply to Smith's Response to Plaintiff's Motion is on March 29, 2024, and, the deadline for a response to Smith's Countermotion for Sanctions is on April 5, 2024, and therefore, has not yet passed.

**IT IS SO STIPULATED.**

DATED this ___ day of March, 2024.
**TANNER LAW FIRM**

_____
DAVID A. TANNER, ESQ.
Nevada Bar No. 008282
JEFFREY C. GUNN, ESQ.
Nevada Bar No. 015925
7895 West Sunset Road, Suite 115
Las Vegas, Nevada 89113
(702) 987-8888
*Attorneys for Plaintiff,*
*Quintney Martin*

DATED this 29 day of March, 2024.
**COOPER LEVENSON, P.A.**

/s/ Pooja Kumar
_____
JERRY S. BUSBY, ESQ.
Nevada Bar No. 001107
POOJA KUMAR, ESQ.
Nevada Bar No. 012988
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
*Attorneys for Defendant,*
*Smith's Food & Drug Centers, Inc.*

**IT IS SO ORDERED.** Plaintiff's reply to defendant's response to the motion for sanctions is due by **April 29, 2024.** Plaintiff's response to defendant's countermotion for sanctions is due **May 6, 2024.**

_____
UNITED STATES MAGISTRATE JUDGE

DATE: 4/2/2024

2