JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| QUINTNEY MARTIN, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S FOOD AND DRUG, a foreign corporation;  DOES I through X; and ROE ENTITIES I through X,<br><br>　　　　Defendants. | Case No. 2:22-cv-00833-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLANTIFF'S OBJECTION TO MAGISTRATE'S JUNE 20, 2024, ORDER (ECF No. 76)** |

IT IS HEREBY STIPULATED by and between Plaintiff's QUINTNEY MARTIN and Defendant SMITH'S FOOD & DRUG CENTERS, INC. by and through their respective counsel of records that the deadline for Defendant to file its Response to Plaintiff's Objection to Magistrate's June 20, 2024 order and report and Recommendation (ECF No. 76) be extended by nine (9) days until July 26, 2024. This stipulation is entered into and made pursuant to LR IA 6-1 and LR 7-1 as a result of conflicts in the schedule of defense counsel which make counsel unable to file their response on the current deadline of July 17, 2024.

/ / /

/ / /

/ / /

/ / /

/ / /

NG-C2N3CBX6 4876-0284-6417.1

This extension is sought in order to allow defense counsel sufficient time to properly address and brief all issues raised in ECF No. 76.

**IT IS SO STIPULATED**.

DATED this 17th day of July, 2024.

| TANNER LAW FIRM | COOPER LEVENSON, P.A |
|---|---|
| /s/ *Jeffrey C. Gunn* | /s/ *Jerry S. Busby* |
| DAVID A. TANNER, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 08282 | Nevada Bar No. 001107 |
| JEFFREY C. GUNN, ESQ. | POOJA KUMAR, ESQ. |
| Nevada Bar No. 015925 | Nevada Bar No. 012988 |
| 7895 West Sunset Road – Suite 115 | 3016 West Charleston Boulevard - #195 |
| Las Vegas, NV 89113 | Las Vegas, Nevada 89102 |
| (702) 987-8888 | (702) 366-1125 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| QUINTNEY MARTIN | SMITH'S FOOD & DRUG CENTERS, INC. |

**IT IS SO ORDERED.**  Defendant's response to ECF No. 76 is due by July 26, 2024.

_____
**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**

**DATE: July 18, 2024**

NG-C2N3CBX6 4876-0284-6417.1
4876-0284-6417, v. 1