JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| QUINTNEY MARTIN, an individual, | Case No. 2:22-cv-00833-APG-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S OBJECTION TO MAGISTRATE'S JUNE 20, 2024, ORDER (ECF No. 76)** |
| SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S FOOD AND DRUG, a foreign corporation; DOES I through X; and ROE ENTITIES I through X, | |
| Defendants. | **(Second Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff QUINTNEY MARTIN and Defendant SMITH'S FOOD & DRUG CENTERS, INC. by and through their respective counsel of records that the deadline for Defendant to file its Response to Plaintiff's Objection to Magistrate's June 20, 2024, Order and Report and Recommendation (ECF No. 76) be briefly extended by four (4) additional days until July 30, 2024. This stipulation is entered into and made pursuant to LR IA 6-1 and LR 7-1 as a result of conflicts in the schedule of defense counsel, among other issues, which make counsel unable to file their response on the current deadline of July 26, 2024.

Good cause exists for the very brief additional continuance from the original deadline, July 17, 2024, due to both health and family related issues of the handling attorney. Furthermore, lead defense counsel is not presently located in the jurisdiction.

/ / /

/ / /

NG-C2N3CBX6 4869-0722-6323.1

This extension is sought in order to allow defense counsel sufficient time to properly address and brief all issues raised in ECF No. 76. As held in this Court, the practicalities of life, such as an attorney's conflicting professional engagements or personal commitments, including but not limited to illnesses or deaths, often necessitate an enlargement of time to comply with a court deadline. *Morales v. McDaniel*, No. 3:17-cv-00197-MMD-CBC, 2019 U.S. Dist. LEXIS 173103, at *4 (D. Nev. Oct. 3, 2019). The requesting party has acted diligently considering this request is timely and within the presently ordered deadline. *Id*.

**IT IS SO STIPULATED**.

DATED this 26th day of July, 2024.

| TANNER LAW FIRM | COOPER LEVENSON, P.A |
|---|---|
| /s/ *Jeffrey C. Gunn* | /s/ *Ty M. Maynarich (Nevada Bar No. 014584)* |
| DAVID A. TANNER, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 08282 | Nevada Bar No. 001107 |
| JEFFREY C. GUNN, ESQ. | POOJA KUMAR, ESQ. |
| Nevada Bar No. 015925 | Nevada Bar No. 012988 |
| 7895 West Sunset Road – Suite 115 | 3016 West Charleston Boulevard - #195 |
| Las Vegas, NV 89113 | Las Vegas, Nevada 89102 |
| (702) 987-8888 | (702) 366-1125 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| QUINTNEY MARTIN | SMITH'S FOOD & DRUG CENTERS, INC. |

**IT IS SO ORDERED.**  Defendant's response to ECF No. 76 is due by July 30, 2024.

_____
**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**

**DATE: July 29, 2024**

2

NG-C2N3CBX6 4869-0722-6323.1