JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| QUINTNEY MARTIN, an individual, | Case No. 2:22-cv-00833-APG-DJA |
| Plaintiff, | |
| vs. | |
| SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S FOOD AND DRUG, a foreign corporation; DOES I through X; and ROE ENTITIES I through X, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

WHEREAS all Parties and their counsel have agreed upon a full and final settlement of the above-captioned case;

IT IS HEREBY STIPULATED AND AGREED by and between Jerry S. Busby, Esq. and Pooja Kumar, Esq. of the law firm of COOPER LEVENSON, P.A., as counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC., and David A. Tanner, Esq. and Jeffrey C. Gunn, Esq. of the law firm of TANNER LAW FIRM, as counsel for Plaintiff QUINTNEY MARTIN, as follows:

//

//

//

//

//

//

NG-C2N3CBX6 4866-2095-9467.2

That the claims herein of Plaintiff QUINTNEY MARTIN against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 2nd day of December, 2024. | DATED this 2nd day of December, 2024. |
| **TANNER LAW FIRM** | **COOPER LEVENSON, P.A.** |
| */s/ David A. Tanner* | */s/ Pooja Kumar* |
| DAVID A. TANNER, ESQ.<br>Nevada Bar No. 08282<br>JEFFREY C. GUNN, ESQ.<br>Nevada Bar No. 15925<br>7895 West Sunset Road, Suite 115<br>Las Vegas, Nevada 8113<br>(702) 987-8888<br>*Attorneys for Plaintiff*<br>*Quintney Martin* | JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 01107<br>POOJA KUMAR, ESQ.<br>Nevada Bar No. 12988<br>3016 West Charleston Boulevard, Suite 195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>*Attorneys for Defendant/Third-Party Plaintiff*<br>*Smith's Food & Drug Centers, Inc.* |

**IT IS SO ORDERED** that the above-captioned case be dismissed with prejudice.

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: December 3, 2024

2

NG-C2N3CBX6 4866-2095-9467.2